**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ANTONIO PAVONE, KAREN PAVONE, and M.P., a minor child, by and through his Parents and Next Friends Antonio Pavone and Karen Pavone,

*Plaintiffs*,

v.

MEYERKORD & MEYERKORD, LLC, a Missouri Limited Liability Company,

*Defendant*.

Civil Action

Case No. 1:15-cv-

JURY TRIAL DEMANDED

**COMPLAINT FOR RELIEF**

NOW COME the Plaintiffs, ANTONIO PAVONE ("Mr. Pavone"), KAREN PAVONE ("Mrs. Pavone"), and M.P., a minor child by an through his Parents and Next Friends Antonio Pavone and Karen Pavone (collectively, "the Pavones"), by and through their attorneys, Zamparo Law Group, P.C., and complaining of the Defendant, MEYERKORD & MEYERKORD, LLC, a Missouri Limited Liability Company ("Meyerkord"), allege as follows:

**NATURE OF THE ACTION**

1. This action is brought pursuant to the Driver's Privacy Protection Act, 18 U.S.C. §2721 *et seq*. (the "DPPA") for redress of injuries suffered by Plaintiffs when Defendant obtained, used, and disclosed the Pavones' personal information contained in a motor vehicle record without their express consent.

2. The DPPA is designed to prevent the disclosure of personal information held in state motor vehicle records. It was passed in 1994 in part due to the murder of a young woman whose killer obtained her unlisted address from state motor vehicle records. Other concerns,

such as those for the safety of domestic violence victims and peace officers, also inform the DPPA's purpose. *See, e.g., Senne v. Village of Palatine, Ill.*, 695 F.3d 597, 607-8 (7th Cir. 2012) (outlining the DPPA's purpose and legislative history).

**JURISDICTION AND VENUE**

3. This action arises under, and is brought pursuant to the DPPA. Subject matter jurisdiction is conferred upon this Court by 18 U.S.C. §2724(a) and 28 U.S.C. §§1331, 1337, as the actions arise under the laws of the United States.

4. Venue is proper in this Court pursuant to 28 U.S.C. §1391, as the Defendant does business in the District and Defendant's actions were directed to the Pavones within the District.

**THE PARTIES**

5. The Pavones are natural persons who reside in the District. M.P. is their infant son.

6. Defendant Meyerkord is a Missouri Limited Liability Company with its principal place of business located at 1717 Park Avenue, St. Louis, Missouri 63104. Its registered agent is Stephen Meyerkord whose address is 13004 Sunny Dawn Court, St. Louis, Missouri 63127. Meyerkord is a law firm. Its principal attorneys, Geoffrey Meyerkord and Stephen Meyerkord, are licensed to practice law in the State of Illinois.

**FACTS SUPPORTING ALL CLAIMS FOR RELIEF**

7. At approximately 3:52 p.m. on January 15, 2015, the Pavones were involved in an automobile collision. After the collision, local police were alerted and an Illinois Traffic Crash Report (the "Report") was created by the responding officer.

8. The Report is a motor vehicle record as defined by the DPPA in 18 U.S.C. § 2725(1).

9. The Report contained personal information about Mr. Pavone, including his name, driver identification number, home address, telephone number, date of birth, and sex.

10. The Report contained personal information about Mrs. Pavone, including her name, home address, telephone number, date of birth, and sex.

11. The Report contained the personal information about M. P., including his name, home address, a telephone number, his date of birth, and sex.

12. Upon information and belief, Meyerkord knowingly obtained a copy of the Report from the Illinois Secretary of State directly or by some other means.

13. On January 16, 2015—within 24 hours of the collision—Meyerkord sent a parcel to each of the three Plaintiffs, at their home address. Each of the three parcels included, among other things, an unredacted copy of the Report. Redacted correspondence from Meyerkord attached hereto and made a part hereof as Exhibit A.

14. Upon receipt of the parcels from Meyerkord, the Pavones were shocked and dismayed, very concerned that their personal information had been transmitted to someone they did not know and used to solicit them for legal representation.

15. The Pavones were particularly distressed by the fact that information about their infant son had been obtained by Meyerkord without their express consent.

16. As a result of Meyerkord's willful obtaining, use, and disclosure of the their personal information, the Pavones suffered, without limitation, the following damages:

    a. Emotional distress;

    b. Anxiety; and

    c. Fear for the safety of their infant son.

**FIRST CLAIM FOR RELIEF**
**For Violations of the Driver's Privacy Protection Act**

17. The DPPA prohibits the disclosure of personal information without the express consent of the person to whom such information applies, with the exception of certain circumstances set forth in 18 U.S.C. § 2721(b).

18. None of the exceptions set forth in § 2721(b) applies to Meyerkord. The United States Supreme Court has held that a lawyer's solicitation of new clients is not a permissible use of personal information under the DPPA. *Maracich v. Spears*, 133 S. Ct. 2191 (2013).

19. Meyerkord violated § 2724(a) of the DPPA when it knowingly obtained the Pavones' personal information for an impermissible use.

20. As a result of Meyerkord's actions, the Pavones suffered the damages alleged above.

21. Meyerkord's acts were willful and in reckless disregard of the protections afforded Plaintiffs by the DPPA as demonstrated by, without limitation, the fact that Meyerkord sent three solicitation parcels, one to each Plaintiff, one of whom was a minor child, after obtaining their personal information.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court enter judgment on their behalf and against the Defendant as follows:

A. Granting judgment in favor of Plaintiffs and each of them and against Defendant in the amount of $2,500.00 for each instance in which Defendant knowingly obtained, disclosed or used personal information from a motor vehicle record in any manner not permitted under the DPPA;

B. Awarding Plaintiffs and each of them punitive damages should the Court find that Defendant acted in willful or reckless disregard of the DPPA;

  C. Awarding Plaintiffs and each of them reasonable attorneys' fees and other litigation costs reasonably incurred;

D. Awarding Plaintiffs and each of them such other relief as the court deems just and proper.

DATED: February 19, 2015

Respectfully submitted,

By: /s/ Roger Zamparo, Jr.

Roger Zamparo, Jr. (ARDC #3123737)
ZAMPARO LAW GROUP, P.C.
1600 Golf Road, Suite 1200
Rolling Meadows, IL 60008-4229
(224) 875-3202 (t)
(312) 276-4950 (f)
roger@zamparolaw.com

# EXHIBIT A



**Meyerkord & Meyerkord** LLC
A Legacy of Legal Innovation

Stephen F. Meyerkord
Geoffrey S. Meyerkord
Doreen A. Graham
Brian D. Kurth
Terry V. O'Leary, Of Counsel

Attorneys at Law
Admitted in Missouri and Illinois

Report#: 15-01430 1/16/2105

ADVERTISING MATERIAL

Antonio Pavone
[redacted]

Multi-Languange Translation Available

Mr. Antonio Pavone,

I'm sorry to learn about your recent auto crash and injury. This must be a challenging time for you. My firm learned of your auto crash through public records. I enclosed a copy of your crash report. This is not an official communication from a government agency. I'm writing because most people in your situation just don't know what to do next. And unfortunately, they make **simple mistakes** that can cause unnecessary suffering, and often cost them thousands of dollars. We can, at no out-of-pocket cost to you, help you through the process.

**Getting healthy is, and should be your top priority.** But do you wonder every time you leave the doctor's office, how much will this cost; and who's going to pay for it? Has the insurance company asked you to sign papers you don't understand? Do they seem like they're in a hurry to get this all wrapped up before you've finished your medical care?

**Before you do anything else, do yourself a favor, and talk to an experienced lawyer who can answer all of your questions**. We've helped thousands of people just like you, and recovered millions in settlements for them. What we know is that injured victims who hire experienced accident lawyers receive far more settlement money and benefits than those who attempt to fight the insurance company alone. To help you understand the process, I've enclosed **"10 Secrets the Insurance Adjusters Won't Share With You"** and your crash report; this is a copy of the public record and is not an official communication of government agency.

**We make this guarantee:** If you already have an offer from the insurance company, we guarantee **a bigger settlement** in your pocket or we will charge you nothing. And of course, if there is no recovery, we charge no fee.

Take the first step to getting your life back on track. **Call today (1-800-391-4318)** to get the money and medical care you deserve. We are happy to answer your questions anytime, including evenings and weekends.

Sincerely,

Geoffrey S. Meyerkord
*Attorney at Law*

Required Disclaimers: •*The Supreme Court of Illinois does not recognize certifications of specialties in the practice of law and that the certificate, award or recognition is not a requirement to practice in Illinois. •The choice of a lawyer is an important decision and should not be based solely on advertisements. •Disregard this solicitation if you have already engaged a lawyer in connection with the legal matter referred to in this solicitation. You may wish to consult your lawyer or another lawyer instead of me (us). The exact nature of your legal situation will depend on many facts not known to me (us) at this time. You should understand that the advice and information in this solicitation is general and that your own situation may vary. This statement is required by rule of the Supreme Court of Missouri. •Neither the Supreme Court of Missouri nor The Missouri Bar reviews or approves certifying organizations or specialist designations. •Past results afford no guarantee of future results and every case is different and must be judged on its own merits.*

1406 Niedringhaus Avenue
Granite City IL 62040
*(By Appointment Only)*

Office: 618.318.8800
Fax: 314.446.4700

www.meyerkordlaw.com



Stephen F. Meyerkord
Geoffrey S. Meyerkord
Doreen A. Graham
Brian D. Kurth
Terry V. O'Leary, Of Counsel

Attorneys at Law | *Admitted in Missouri and Illinois*

Report#: 15-01430 1/16/2105

ADVERTISING MATERIAL

Karen Pavone

Multi-Languange Translation Available

Ms. Karen Pavone,

I'm sorry to learn about your recent auto crash and injury. This must be a challenging time for you. My firm learned of your auto crash through public records. I enclosed a copy of your crash report. This is not an official communication from a government agency. I'm writing because most people in your situation just don't know what to do next. And unfortunately, they make **simple mistakes** that can cause unnecessary suffering, and often cost them thousands of dollars. We can, at no out-of-pocket cost to you, help you through the process.

**Getting healthy is, and should be your top priority.** But do you wonder every time you leave the doctor's office, how much will this cost; and who's going to pay for it? Has the insurance company asked you to sign papers you don't understand? Do they seem like they're in a hurry to get this all wrapped up before you've finished your medical care?

**Before you do anything else, do yourself a favor, and talk to an experienced lawyer who can answer all of your questions**. We've helped thousands of people just like you, and recovered millions in settlements for them. What we know is that injured victims who hire experienced accident lawyers receive far more settlement money and benefits than those who attempt to fight the insurance company alone. To help you understand the process, I've enclosed **"10 Secrets the Insurance Adjusters Won't Share With You"** and your crash report; this is a copy of the public record and is not an official communication of government agency.

**We make this guarantee:** If you already have an offer from the insurance company, we guarantee **a bigger settlement** in your pocket or we will charge you nothing. And of course, if there is no recovery, we charge no fee.

Take the first step to getting your life back on track. **Call today (1-800-391-4318)** to get the money and medical care you deserve. We are happy to answer your questions anytime, including evenings and weekends.

Sincerely,

Geoffrey S. Meyerkord
*Attorney at Law*

Required Disclaimers: •*The Supreme Court of Illinois does not recognize certifications of specialties in the practice of law and that the certificate, award or recognition is not a requirement to practice in Illinois.* •*The choice of a lawyer is an important decision and should not be based solely on advertisements.* •*Disregard this solicitation if you have already engaged a lawyer in connection with the legal matter referred to in this solicitation. You may wish to consult your lawyer or another lawyer instead of me (us). The exact nature of your legal situation will depend on many facts not known to me (us) at this time. You should understand that the advice and information in this solicitation is general and that your own situation may vary. This statement is required by rule of the Supreme Court of Missouri.* •*Neither the Supreme Court of Missouri nor The Missouri Bar reviews or approves certifying organizations or specialist designations.* •*Past results afford no guarantee of future results and every case is different and must be judged on its own merits.*

1406 Niedringhaus Avenue
Granite City IL 62040
*(By Appointment Only)*
Office: 618.318.8800
Fax: 314.446.4700
www.meyerkordlaw.com



Stephen F. Meyerkord
Geoffrey S. Meyerkord
Doreen A. Graham
Brian D. Kurth
Terry V. O'Leary, Of Counsel

Attorneys at Law — *Admitted in Missouri and Illinois*

Report#: 15-01430 1/16/2105

ADVERTISING MATERIAL

Multi-Languange Translation Available

TO THE PARENTS OF M[redacted] P[redacted],

I'm sorry to learn about your child's recent auto crash and injury. This must be a challenging time for you. My firm learned of your auto crash through public records. I enclosed a copy of your crash report. This is not an official communication from a government agency. I'm writing because most people in your situation just don't know what to do next. And unfortunately, they make **simple mistakes** that can cause unnecessary suffering, and often cost them thousands of dollars. We can, at no out-of-pocket cost to you, help you through the process.

**Getting healthy is, and should be your top priority.** But do you wonder every time you leave the doctor's office, how much will this cost; and who's going to pay for it? Has the insurance company asked you to sign papers you don't understand? Do they seem like they're in a hurry to get this all wrapped up before you've finished your medical care?

**Before you do anything else, do yourself a favor, and talk to an experienced lawyer who can answer all of your questions**. We've helped thousands of people just like you, and recovered millions in settlements for them. What we know is that injured victims who hire experienced accident lawyers receive far more settlement money and benefits than those who attempt to fight the insurance company alone. To help you understand the process, I've enclosed **"10 Secrets the Insurance Adjusters Won't Share With You"** and your crash report; this is a copy of the public record and is not an official communication of government agency.

**We make this guarantee:** If you already have an offer from the insurance company, we guarantee **a bigger settlement** in your pocket or we will charge you nothing. And of course, if there is no recovery, we charge no fee.

Take the first step to getting your life back on track. **Call today (1-800-391-4318)** to get the money and medical care you deserve. We are happy to answer your questions anytime, including evenings and weekends.

Sincerely,

Geoffrey S. Meyerkord
*Attorney at Law*

Required Disclaimers: •*The Supreme Court of Illinois does not recognize certifications of specialties in the practice of law and that the certificate, award or recognition is not a requirement to practice in Illinois.* •*The choice of a lawyer is an important decision and should not be based solely on advertisements.* •*Disregard this solicitation if you have already engaged a lawyer in connection with the legal matter referred to in this solicitation. You may wish to consult your lawyer or another lawyer instead of me (us). The exact nature of your legal situation will depend on many facts not known to me (us) at this time. You should understand that the advice and information in this solicitation is general and that your own situation may vary. This statement is required by rule of the Supreme Court of Missouri.* •*Neither the Supreme Court of Missouri nor The Missouri Bar reviews or approves certifying organizations or specialist designations.* •*Past results afford no guarantee of future results and every case is different and must be judged on its own merits.*

YOUR Crash Report!
CALL US NOW
618-318-8800

# ILLINOIS TRAFFIC CRASH REPORT

Sheet 1 of 1 Sheets

IY002 * X000182158 *

| DRAC U1 | DRAC U2 | PEDV | TRFD | TRFC | WEAT | DRVA | U2 | VIS U1 | VIS U2 | VEHD U1 | VEHD U2 | LGHT | COLL | MANV U1 | MANV U2 | PPA | PPL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | 1 | 1 | 1 | 7 | 1 | 1 | 1 | 1 | 1 | 1 | 11 | 11 | 11 | | |

INVESTIGATING AGENCY: Schaumburg Police Dept

DAMAGE TO ANY ONE PERSONS VEHICLE / PROPERTY: ☐ $500 OR LESS ☑ $501 - $1,500 ☐ OVER $1,500

TYPE OF REPORT: ☑ ON SCENE ☐ NOT ON SCENE (DESK REPORT) ☐ AMENDED

☐ A No Injury / Drive Away
☑ B Injury and / or Tow Due To Crash

AGENCY CRASH REPORT NO.: [redacted]

TRFW: 2

ADDRESS NO.: | HIGHWAY OR STREET NAME: GOLF RD | ☑ City ☐ Township: SCHAUMBURG

INTERSECTION RELATED ☐ Y ☑ N | PRIVATE PROPERTY ☐ Y ☑ N | HIT & RUN ☐ Y ☑ N

DATE OF CRASH: 1/15/2015 | TIME: 3:52 ☐ AM ☑ PM | LARS CODE

VEHT U1: 1 | U2: 15

☑ 134 (FT) / MI N S (E) W — NATIONAL PKY (NAME OF INTERSECTION OR ROAD FEATURE)
☐ AT INTERSECTION WITH

COUNTY: COOK

DOORING WITH PEDALCYCLIST? ☐ Y ☑ N | NUMBER MOTOR VEHICLES INVLD: 2 | LARS CODE

## UNIT 1

NAME ☑ DRIVER ☐ PARKED ☐ DRIVERLESS ☐ PED ☐ PEDAL ☐ EQUES ☐ NMV ☐ NCV: [redacted]

DATE OF BIRTH: [redacted]

MAKE: HONDA | MODEL: ACCORD EX-L | YEAR: 2008

STREET ADDRESS: [redacted] | SEX: [redacted] | SAFT: 2 | AIR: 4 | PLATE NO.: [redacted] | STATE: IL | YEAR: 2015

CITY: [redacted] | STATE: [redacted] | ZIP: [redacted] | INJURY: O | EJECT: 1 | VIN: [redacted]

TELEPHONE: [redacted] | DRIVER LICENSE NO.: [redacted] | STATE: IL | CLASS: D | VEHICLE OWNER (LAST, FIRST, M.I.): [redacted] | INSURANCE CO.: [redacted]

TAKEN TO: | EMS AGENCY: | OWNER ADDRESS (STREET, CITY, STATE, ZIP): [redacted] | TELEPHONE: [redacted] | POLICY NO.: [redacted]

CIRCLE NUMBER(S) FOR DAMAGED AREA(S): 00 - NONE; 10 - UNDER CARRIAGE; 11 - TOTAL (ALL AREAS); 12 - OTHER; 99 - UNKNOWN. POINT OF FIRST CONTACT: 1 (FRONT, 1 circled)

| | Y | N |
|---|---|---|
| TOWED DUE TO CRASH | ☐ | ☑ |
| FIRE | ☐ | ☑ |
| CELLPHONE | ☐ | ☑ |
| EXCEED SPEED LIMIT | ☐ | ☑ |
| COM VEH* | ☐ | ☑ |

* IF YES SEE SIDEBAR

NO. LANES: 7 | ALIGN: 1 | RSUR: 2 | VEHU U1: 2 | U2: 2

## UNIT 2

NAME ☑ DRIVER ☐ PARKED ☐ DRIVERLESS ☐ PED ☐ PEDAL ☐ EQUES ☐ NMV ☐ NCV: PAVONE, ANTONIO

DATE OF BIRTH: [redacted]

MAKE: CHEVROLET | MODEL: EQUINOX | YEAR: 2012

STREET ADDRESS: [redacted] | SEX: [redacted] | SAFT: 2 | AIR: 4 | PLATE NO.: [redacted] | STATE: IL | YEAR: 2015

CITY: [redacted] | STATE: [redacted] | ZIP: [redacted] | INJURY: C | EJECT: 1 | VIN: [redacted]

TELEPHONE: [redacted] | DRIVER LICENSE NO.: [redacted] | STATE: IL | CLASS: D | VEHICLE OWNER (LAST, FIRST, M.I.): PAVONE, ANTONIO | INSURANCE CO.: [redacted]

TAKEN TO: | EMS AGENCY: | OWNER ADDRESS (STREET, CITY, STATE, ZIP): [redacted] | TELEPHONE: [redacted] | POLICY NO.: [redacted]

CIRCLE NUMBER(S) FOR DAMAGED AREA(S): 00 - NONE; 10 - UNDER CARRIAGE; 11 - TOTAL (ALL AREAS); 12 - OTHER; 99 - UNKNOWN. POINT OF FIRST CONTACT: 5 (REAR, 5 circled)

| | Y | N |
|---|---|---|
| TOWED DUE TO CRASH | ☐ | ☑ |
| FIRE | ☐ | ☑ |
| CELLPHONE | ☐ | ☑ |
| EXCEED SPEED LIMIT | ☐ | ☑ |
| COM VEH* | ☐ | ☑ |

* IF YES SEE SIDEBAR

RDEF: 1 | BAC U1: 96 | U2: 96 | NO. OCCS U1: 1 | U2: 3 | DIRP U1: 3 | U2: 3

## PASSENGERS & WITNESSES ONLY

| (UNIT) | (SEAT) | (DOB) | (SEX) | (SAFT) | (AIR) | (INJ) | (EJCT) | (NAME) / (ADDR) / (TEL) | (HOSP) | (EMS) |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 4 | [redacted] | [redacted] | 2 | 3 | C | 1 | PAVONE, KAREN [redacted] | | |
| 2 | 6 | [redacted] | [redacted] | 6 | 3 | C | 1 | P[redacted], M[redacted] | | |

## Events

| UNIT | (EVNO) | (MOST) | (EVNT) | (LOC) |
|---|---|---|---|---|
| UNIT 1 | 1 | ☑ | 11 | 1 |
| | 2 | ☐ | | |
| | 3 | ☐ | | |
| UNIT 2 | 1 | ☑ | 11 | 1 |
| | 2 | ☐ | | |
| | 3 | ☐ | | |

DAMAGED PROPERTY OWNER NAME: | DAMAGED PROPERTY:

PROPERTY OWNER ADDRESS: | CITY: | STATE: | ZIP:

ARREST NAME: [redacted] | SECTION: 5/11-601A | CITATION NO.: [redacted]

ARREST NAME: | SECTION: | CITATION NO.:

OFFICER ID: [redacted] | SIGNATURE: [redacted] | BEAT / DIST.: | SUPERVISOR ID: [redacted]

CONTRIBUTORY CAUSE(S): PRIMARY: 28 | SECONDARY: 03

POSTED SPEED LIMIT: 45

DATE POLICE NOTIFIED: 1/15/2015 | TIME NOTIFIED: 3:52 ☐ AM ☑ PM

COURT DATE: | COURT TIME: ☐ AM ☐ PM

Did crash occur in a Work Zone? ☐ Y ☑ N

If YES check one below: ☐ Construction ☐ Maintenance ☐ Utility ☐ Unknown work zone type

Workers present? ☐ Y ☑ N

ADVERTISING MATERIAL

**X000182158**

A **Diagram** and **Narrative** are required on all **Type B** crashes, **even if** units have been moved prior to the officer's arrival.

Golf Rd
N
National Pkwy
Unit #1
Unit #2
Not to scale

NARRATIVE (Refer to vehicle by Unit No.)

Unit #1 and Unit #2 were involved in a rear-end collision on Eastbound Golf Road just past the intersection with National Parkway.

Driver #1 stated that ███ was Eastbound on Golf Road on the curb lane just past National Parkway directly behind Unit #2. Driver #1 stated that Unit #2 stopped suddenly in front of ███ at which time the front of ███ Unit #1 struck the rear of Unit #2.

Driver #2 stated that ███ was Eastbound on Golf Road on the curb lane just past National Parkway directly in front of Unit #1. Driver #2 stated that an uninvolved unit who was traveling in front of ███ suddenly slowed to turn into the parking lot on the South side of the roadway. Driver #2 stated that ███ stopped at which time the front of Unit #1 struck the rear of ███ Unit #2.

LOCAL USE ONLY

Motorist 1 Report No:

Motorist 2 Report No:

| U1 Color: Black | U2 Color: Black | U1 Race: ███ | U2 Race: ███ |
|---|---|---|---|
| U1 Towed by / to | | U2 Towed by / to | |

## COMMERCIAL MOTOR VEHICLE (CMV)

IF MORE THAN ONE CMV IS INVOLVED, USE SR 1050A ADDITIONAL UNITS FORMS.

A CMV is defined as any motor vehicle used to transport passengers or property and:
1. Has a weight rating of more than 10,000 pounds (example: truck or truck/trailer combination); or
2. Is used or designed to transport more than 15 passengers, including the driver (example: shuttle or charter bus); or
3. Is designed to carry 15 or fewer passengers and operated by a contract carrier transporting employees in the course of their employment (example: employee transporter - usually a van-type vehicle or passenger car); or
4. Is used or designed to transport between 9 and 15 passengers, including the driver, for direct compensation (example: large van used for specific purpose); or
5. Is any vehicle used to transport any hazardous material (HAZMAT) that requires placarding (example: placards will be displayed on the vehicle.

UNIT ____

CARRIER NAME ____

ADDRESS ____

CITY/STATE/ZIP ____

**USDOT NO.** ____ **ILLCC NO.** ____

Source of above info. ☐ Side of Truck ☐ Papers ☐ Driver ☐ Log Book

**Gross Vehicle Weight Rating (GVWR).** ____

Were HAZMAT placards displayed on the vehicle ? ☐ Y ☐ N

If yes, name on placard ____

4-Digit UN no. ____ 1-digit Hazard Class no. ____

Did HAZMAT Spill from the vehicle (do not consider fuel from the vehicle's own tank) ? ☐Y ☐N ☐UNK

Did HAZMAT Regulations violation contribute to the crash ? ☐Y ☐N ☐UNK

Did Motor Carrier Safety Regulations (MCS) violation contribute to the crash ? ☐Y ☐N ☐UNK

Was a Driver/Vehicle Examination Report form completed ?
HAZMAT ☐Y ☐N ☐UNK Out of Service ? ☐Y ☐N
MCS ☐Y ☐N ☐UNK Out of Service ? ☐Y ☐N
Form No. ____

IDOT PERMIT NO. ____ WIDE LOAD ? ☐ Y ☐ N

| TRAILER WIDTH(S): | 0-96" | 97-102" | >102" |
|---|---|---|---|
| TRAILER 1 | ☐ | ☐ | ☐ |
| TRAILER 2 | ☐ | ☐ | ☐ |

TRAILER LENGTH(S): 1 ____ ft TRAILER 2 ____ ft

TOTAL VEHICLE LENGTH ____ ft NO. OF AXLES ____

CRASH LOCATION: ☐ CITY OF OR ☐ NEAREST CITY
____ MILES N E S W (CIRCLE ONE) OR ____ (CITY NAME)

SELECT CODES FROM BACK COVER OF CRASH BOOKLET:
VEHICLE CONFIGURATION ____
CARGO BODY TYPE ____ LOAD TYPE ____

ADVERTISING MATERIAL

## Narrative

Damage to both units consistent with driver's accounts. Driver #1 was issued a citation for failure to reduce speed to avoid an accident.

ADVERTISING MATERIAL

# TEN SECRETS

## The Car Insurance Adjuster Won't Share With You

Meyerkord & Meyerkord LLC
A Legacy of Legal Innovation

618-318-8800

ADVERTISING MATERIAL

Multi-Language Translation Available

Geoff Meyerkord 1406 Niedringhaus Avenue Granite City IL 62040 (By Appointment Only)

1

**How much is my case worth?**
I have suffered injuries requiring medical treatment from this accident. How much extra compensation can I expect for the "pain and suffering" I am going through? Many accident victims don't realize that insurance companies already have money set aside to pay compensation for "pain and suffering" on most cases. This is in addition to payment for medical bills, lost wages, and car repairs. How will you know if what's being offered is fair? The attorneys at Meyerkord & Meyerkord have settled thousands of injury cases. Their guidance can be invaluable in making sure you get the maximum for your pain and suffering. Call today for a free consultation.

2

**Can signing the insurance company's information release damage my case?**
I have received medical and property damage releases from the insurance company adjuster or other parties. Should I sign them without a lawyer? **No!** Releases for medical records or property damage should only be signed under limited circumstances. The attorneys at Meyerkord & Meyerkord will evaluate what you have signed, and are being asked to sign, at no charge.

3

**Should I use just any attorney for my injury case?**
In the past, I've used a family attorney for wills or real estate transactions. Do I really need to work with an attorney whose practice is focused on accident/injury law? Most people would never consider going to their family doctor if they needed brain surgery. Likewise, when you take on the big insurance company, you require a team of experienced attorneys on your side who have settled thousands of cases like yours. The attorneys at Meyerkord & Meyerkord work daily with numerous insurance companies and keep current with specialized laws, court decisions and regulations affecting accident/injury cases.

4

**Can the bill collectors be stopped?**
My medical bills are mounting and my good credit is being jeopardized. What can I do to stop the harassing phone calls and possible lawsuits and judgments? In addition to your attorney, at Meyerkord & Meyerkord, we have a trained injury legal team that consists of experienced medical billing and ex-insurance company employees who know the insurance company's tricks. We can work to stop the harassing bill collector's phone calls. We can also negotiate with creditors and work to set up special arrangements to stop bill collectors and pay your medical bills directly from your settlement.

5

**Injured by a relative or friend?**
I was injured in an accident by a relative or friend. Can I still get a settlement without causing the driver financial hardship? **In most cases, yes.** Even if the accident was caused by a friend or family member, in many cases, we can make a claim against their insurance policy only. In that case, your friend or family member will likely pay nothing out of pocket and you can be fully compensated within the policy limits.

6

**Injured by an uninsured or underinsured driver?**

I was injured in an accident by an uninsured driver. My policy provides for uninsured and underinsured coverage, but I am confused about what is actually covered. Every insurance policy is different, and missteps without a lawyer can damage your case. Our experienced attorneys will review your policy at no charge! We will work to protect and advise you on what you can claim under your specific policy. *Another secret – your own insurance company wants to pay as little as possible for your "pain and suffering." Our attorneys will fight to get you the money you deserve.*

7

**Is the insurance adjuster's offer fair?**

I thought about negotiating my claim on my own. How can I know if the insurance adjuster's offer is fair and reasonable? **You can't**. The fair settlement value of your case may be much different than what the adjuster offers you. Remember, the adjuster works for the insurance company and is paid to negotiate and settle your claim for the lowest amount of money. Based on thousands of successful settlements, our experienced attorneys at Meyerkord & Meyerkord can tell you the realistic value range of your claim.

8

**Will my case have to go to trial?**

If I hire an attorney, will my case require a trial? In most cases, no, even though you have the right to a jury trial in civil cases under the 7th amendment of the U.S. Constitution. Because of our experience, we at Meyerkord & Meyerkord are able to settle most of our cases for full value without going to trial. However, if an insurance company refuses to pay what's fair, we will take your case to trial to fight for the compensation you deserve.

**Medical Treatment**

Can the insurance adjuster limit the medical treatment I receive? **No.** The insurance company is obligated to compensate you for reasonable medical treatment, up to the limits of the applicable policy. If needed, we can assist you in finding appropriate medical care. If you have no health insurance, we can work to get medical providers to hold their bill until your case settles.

10

**Should I hire an attorney?**

Why does the insurance adjuster say that they can resolve my case without involving an attorney? It's simple: insurance companies have an incentive to pay you as little as possible. A study by the Insurance Research Council showed that, on average, people who hired an attorney received three and a half times as much money as people who didn't hire an attorney.

# INJURED?

## Here are THREE ITEMS YOU MUST DEMAND from your PERSONAL INJURY ATTORNEY

1 When bill collectors are harassing you, it makes it even harder to heal. At Meyerkord & Meyerkord we understand that peace of mind is essential to the healing process. Our attorneys will work to stop the harassing creditor calls.

2 Your medical bills may be higher than the insurance policy limits. At Meyerkord & Meyerkord you'll still get money in your pocket, regardless of insurance policy limits, or we won't take an attorney fee.

3 Trying to settle your auto injury claim may have seemed like a good idea at first, but now it seems like the adjuster just isn't offering enough. If you've already received an offer from the insurance company, our tough, aggressive, experienced attorneys will get you more cash in your pocket, or you'll pay no attorney fee.

## Bonus Tip-For "Do-It-Yourselfers"

Remember, if you've already received an offer from the insurance company, we will get you more cash in your pocket or we won't take a fee.

**The Insurance Research Council (IRC), an organization supported by property and casualty insurance companies, performed a study that compared the settlements paid to injured persons who hired lawyers with the settlements received by people who handled cases themselves. The IRC study showed that, on average, people who hired a lawyer received three and a half times more money in settlements than those who didn't hire a lawyer.**

*Join Our Conversation*

**Meyerkord & Meyerkord, LLC**
A Legacy of Legal Innovation
**www.meyerkordlaw.com**
**618-318-8800**

Scan with your Android or iPhone to learn more about us.

The Supreme Court of Illinois does not recognize certifications of specialties in the practice of law and that the certificate, award or recognition is not a requirement to practice in Illinois. Past results afford no guarantee of future results and every case is different and must be judged on its own merits. The choice of a lawyer is an important decision and should not be based solely upon advertisements. Neither the Supreme Court of Missouri nor The Missouri Bar reviews or approves certifying organizations or specialist designations.








ADVERTISING MATE

Meyerkord & Meyerkord
A Legacy of Legal Innovation
1406 Niedringhaus Avenue Granite City IL 62040

Antonio Pavone