

Stephen F. Meyerkord
Geoffrey S. Meyerkord
Doreen A. Graham
Brian D. Kurth
Terry V. O'Leary, Of Counsel

Attorneys at Law                                                   Admitted in Missouri and Illinois

Report#: 15-01430            1/16/2105

ADVERTISING MATERIAL

Antonio Pavone

Multi-Languange Translation Available

Mr. Antonio Pavone,

I'm sorry to learn about your recent auto crash and injury. This must be a challenging time for you. My firm learned of your auto crash through public records. I enclosed a copy of your crash report. This is not an official communication from a government agency. I'm writing because most people in your situation just don't know what to do next. And unfortunately, they make **simple mistakes** that can cause unnecessary suffering, and often cost them thousands of dollars. We can, at no out-of-pocket cost to you, help you through the process.

**Getting healthy is, and should be your top priority.** But do you wonder every time you leave the doctor's office, how much will this cost; and who's going to pay for it? Has the insurance company asked you to sign papers you don't understand? Do they seem like they're in a hurry to get this all wrapped up before you've finished your medical care?

**Before you do anything else, do yourself a favor, and talk to an experienced lawyer who can answer all of your questions.** We've helped thousands of people just like you, and recovered millions in settlements for them. What we know is that injured victims who hire experienced accident lawyers receive far more settlement money and benefits than those who attempt to fight the insurance company alone. To help you understand the process, I've enclosed **"10 Secrets the Insurance Adjusters Won't Share With You"** and your crash report; this is a copy of the public record and is not an official communication of government agency.

**We make this guarantee:** If you already have an offer from the insurance company, we guarantee **a bigger settlement** in your pocket or we will charge you nothing. And of course, if there is no recovery, we charge no fee.

Take the first step to getting your life back on track. **Call today (1-800-391-4318)** to get the money and medical care you deserve. We are happy to answer your questions anytime, including evenings and weekends.

Sincerely,

Geoffrey S. Meyerkord
*Attorney at Law*

Required Disclaimers: •The Supreme Court of Illinois does not recognize certifications of specialties in the practice of law and that the certificate, award or recognition is not a requirement to practice in Illinois. •The choice of a lawyer is an important decision and should not be based solely on advertisements. •Disregard this solicitation if you have already engaged a lawyer in connection with the legal matter referred to in this solicitation. You may wish to consult your lawyer or another lawyer instead of me (us). The exact nature of your legal situation will depend on many facts not known to me (us) at this time. You should understand that the advice and information in this solicitation is general and that your own situation may vary. This statement is required by rule of the Supreme Court of Missouri. •Neither the Supreme Court of Missouri nor The Missouri Bar reviews or approves certifying organizations or specialist designations. •Past results afford no guarantee of future results and every case is different and must be judged on its own merits.

1406 Niedringhaus Avenue
Granite City IL 62040
(By Appointment Only)

Office: 618.318.8800
Fax: 314.446.4700

www.meyerkordlaw.com



**Meyerkord & Meyerkord** LLC
A Legacy of Legal Innovation

Stephen F. Meyerkord
Geoffrey S. Meyerkord
Doreen A. Graham
Brian D. Kurth
Terry V. O'Leary, Of Counsel

Attorneys at Law

Admitted in Missouri and Illinois

Report#: 15-01430         1/16/2105

ADVERTISING MATERIAL

Karen Pavone

Multi-Languange Translation Available

Ms. Karen Pavone,

I'm sorry to learn about your recent auto crash and injury. This must be a challenging time for you. My firm learned of your auto crash through public records. I enclosed a copy of your crash report. This is not an official communication from a government agency. I'm writing because most people in your situation just don't know what to do next. And unfortunately, they make **simple mistakes** that can cause unnecessary suffering, and often cost them thousands of dollars. We can, at no out-of-pocket cost to you, help you through the process.

**Getting healthy is, and should be your top priority.** But do you wonder every time you leave the doctor's office, how much will this cost; and who's going to pay for it? Has the insurance company asked you to sign papers you don't understand? Do they seem like they're in a hurry to get this all wrapped up before you've finished your medical care?

**Before you do anything else, do yourself a favor, and talk to an experienced lawyer who can answer all of your questions**. We've helped thousands of people just like you, and recovered millions in settlements for them. What we know is that injured victims who hire experienced accident lawyers receive far more settlement money and benefits than those who attempt to fight the insurance company alone. To help you understand the process, I've enclosed **"10 Secrets the Insurance Adjusters Won't Share With You"** and your crash report; this is a copy of the public record and is not an official communication of government agency.

**We make this guarantee:** If you already have an offer from the insurance company, we guarantee **a bigger settlement** in your pocket or we will charge you nothing. And of course, if there is no recovery, we charge no fee.

Take the first step to getting your life back on track. **Call today (1-800-391-4318)** to get the money and medical care you deserve. We are happy to answer your questions anytime, including evenings and weekends.

Sincerely,

Geoffrey S. Meyerkord
*Attorney at Law*

Required Disclaimers: •The Supreme Court of Illinois does not recognize certifications of specialties in the practice of law and that the certificate, award or recognition is not a requirement to practice in Illinois. •The choice of a lawyer is an important decision and should not be based solely on advertisements. •Disregard this solicitation if you have already engaged a lawyer in connection with the legal matter referred to in this solicitation. You may wish to consult your lawyer or another lawyer instead of me (us). The exact nature of your legal situation will depend on many facts not known to me (us) at this time. You should understand that the advice and information in this solicitation is general and that your own situation may vary. This statement is required by rule of the Supreme Court of Missouri. •Neither the Supreme Court of Missouri nor The Missouri Bar reviews or approves certifying organizations or specialist designations. •Past results afford no guarantee of future results and every case is different and must be judged on its own merits.

1406 Niedringhaus Avenue
Granite City IL 62040
(By Appointment Only)

Office: 618.318.8800
Fax:    314.446.4700

www.meyerkordlaw.com



Stephen F. Meyerkord
Geoffrey S. Meyerkord
Doreen A. Graham
Brian D. Kurth
Terry V. O'Leary, Of Counsel

Attorneys at Law        Admitted in Missouri and Illinois

Report#: 15-01430        1/16/2105

**ADVERTISING MATERIAL**



Multi-Languange Translation Available

TO THE PARENTS OF M▮▮▮▮ P▮▮▮▮,

I'm sorry to learn about your child's recent auto crash and injury. This must be a challenging time for you. My firm learned of your auto crash through public records. I enclosed a copy of your crash report. This is not an official communication from a government agency. I'm writing because most people in your situation just don't know what to do next. And unfortunately, they make **simple mistakes** that can cause unnecessary suffering, and often cost them thousands of dollars. We can, <u>at no out-of-pocket cost to you</u>, help you through the process.

**Getting healthy is, and should be your top priority.** But do you wonder every time you leave the doctor's office, how much will this cost; and who's going to pay for it? Has the insurance company asked you to sign papers you don't understand? Do they seem like they're in a hurry to get this all wrapped up before you've finished your medical care?

**Before you do anything else, do yourself a favor, and talk to an experienced lawyer who can answer all of your questions**. We've helped thousands of people just like you, and recovered millions in settlements for them. What we know is that injured victims who hire experienced accident lawyers receive far more settlement money and benefits than those who attempt to fight the insurance company alone. To help you understand the process, I've enclosed **"10 Secrets the Insurance Adjusters Won't Share With You"** and your crash report; this is a copy of the public record and is not an official communication of government agency.

**We make this guarantee:** If you already have an offer from the insurance company, we guarantee **a bigger settlement** in your pocket or we will charge you nothing. And of course, if there is no recovery, we charge no fee.

<u>Take the first step to getting your life back on track</u>. **Call today (1-800-391-4318)** to get the money and medical care you deserve. We are happy to answer your questions anytime, including evenings and weekends.

Sincerely,

*[signature]*
Geoffrey S. Meyerkord
*Attorney at Law*

Required Disclaimers: •The Supreme Court of Illinois does not recognize certifications of specialties in the practice of law and that the certificate, award or recognition is not a requirement to practice in Illinois. •The choice of a lawyer is an important decision and should not be based solely on advertisements. •Disregard this solicitation if you have already engaged a lawyer in connection with the legal matter referred to in this solicitation. You may wish to consult your lawyer or another lawyer instead of me (us). The exact nature of your legal situation will depend on many facts not known to me (us) at this time. You should understand that the advice and information in this solicitation is general and that your own situation may vary. This statement is required by rule of the Supreme Court of Missouri. •Neither the Supreme Court of Missouri nor The Missouri Bar reviews or approves certifying organizations or specialist designations. •Past results afford no guarantee of future results and every case is different and must be judged on its own merits.

1406 Niedringhaus Avenue
Granite City IL 62040
(By Appointment Only)

Office: 618.318.8800
Fax: 314.446.4700

www.meyerkordlaw.com

# ILLINOIS TRAFFIC CRASH REPORT

Sheet 1 of 1 Sheets

**YOUR Crash Report! CALL US NOW 618-318-8800**

IY002  * X000182158 *

| DRAC | PEDV | TRFD | TRFC | WEAT | DRVA | VIS | VEHD | LGHT | COLL | MANV | PPA | PPL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| U1: 1 | 1 | 1 | 1 | 7 | U1: 1 | U1: 1 | U1: 1 | 1 | 11 | U1: 11 | | |
| U2: 1 | | | | | U2: 1 | U2: 1 | U2: 1 | | | U2: 11 | | |

| INVESTIGATING AGENCY | DAMAGE TO ANY ONE PERSONS VEHICLE / PROPERTY | ☐ $500 OR LESS ☑ $501 - $1,500 ☐ OVER $1,500 | TYPE OF REPORT ☑ ON SCENE ☐ NOT ON SCENE (DESK REPORT) ☐ AMENDED | ☐ A No Injury / Drive Away ☑ B Injury and / or Tow Due To Crash | AGENCY CRASH REPORT NO. | TRFW: 2 |
|---|---|---|---|---|---|---|
| Schaumburg Police Dept | | | | | | |

| ADDRESS NO. | HIGHWAY OR STREET NAME | ☑ City  Township ☐ | INTERSECTION RELATED ☐ Y ☑ N | DATE OF CRASH | TIME | LARS CODE | VEHT: 1 U1 |
|---|---|---|---|---|---|---|---|
| | GOLF RD | SCHAUMBURG | PRIVATE PROPERTY ☐ Y ☑ N | 1/15/2015 | 3:52 ☐ AM ☑ PM | | |

| (CIRCLE) ☑ 134 (F)/ MI  N S (E)/ W ☐ AT INTERSECTION WITH | (CIRCLE) NATIONAL PKY (NAME OF INTERSECTION OR ROAD FEATURE) | COUNTY COOK | HIT & RUN ☐ Y ☑ N | DOORING WITH PEDALCYCLIST? ☐ Y ☑ N | NUMBER MOTOR VEHICLES INVLD 2 | LARS CODE | 15 U2 |

## UNIT 1

| NAME ☑ DRIVER ☐ PARKED ☐ DRIVERLESS ☐ PED ☐ PEDAL ☐ EQUES ☐ NMV ☐ NCV | DATE OF BIRTH | MAKE HONDA | MODEL ACCORD EX-L | YEAR 2008 | CIRCLE NUMBER(S) FOR DAMAGED AREA(S) 00 - NONE 10 - UNDER CARRIAGE 11 - TOTAL (ALL AREAS) 12 - OTHER 99 - UNKNOWN POINT OF FIRST CONTACT: 1 | FRONT  Y N TOWED DUE TO CRASH ☐ ☑ FIRE ☐ ☑ CELLPHONE ☐ ☑ EXCEED SPEED LIMIT ☐ ☑ COM VEH ☐ ☑ * IF YES SEE SIDEBAR | NO.LANES 7 |
|---|---|---|---|---|---|---|---|
| STREET ADDRESS | SEX 2 | SAFT 4 | AIR | PLATE NO. | STATE IL | YEAR 2015 | | ALIGN 1 |
| CITY | STATE | ZIP | INJURY O | EJECT 1 | VIN | | | RSUR 2 |
| TELEPHONE | DRIVER LICENSE NO. | STATE IL | CLASS D | VEHICLE OWNER (LAST, FIRST, M.I.) | INSURANCE CO. | | VEHU 2 U1 |
| TAKEN TO | EMS AGENCY | OWNER ADDRESS (STREET, CITY, STATE, ZIP) | TELEPHONE | POLICY NO. | | |

## UNIT 2

| NAME ☑ DRIVER ☐ PARKED ☐ DRIVERLESS ☐ PED ☐ PEDAL ☐ EQUES ☐ NMV ☐ NCV PAVONE, ANTONIO | DATE OF BIRTH | MAKE CHEVROLET | MODEL EQUINOX | YEAR 2012 | CIRCLE NUMBER(S) FOR DAMAGED AREA(S) 00 - NONE 10 - UNDER CARRIAGE 11 - TOTAL (ALL AREAS) 12 - OTHER 99 - UNKNOWN POINT OF FIRST CONTACT: 5 | FRONT  Y N TOWED DUE TO CRASH ☐ ☑ FIRE ☐ ☑ CELLPHONE ☐ ☑ EXCEED SPEED LIMIT ☐ ☑ COM VEH ☐ ☑ * IF YES SEE SIDEBAR | 2 U2 |
|---|---|---|---|---|---|---|---|
| STREET ADDRESS | SEX 2 | SAFT 4 | AIR | PLATE NO. | STATE IL | YEAR 2015 | | RDEF 1 |
| CITY | STATE | ZIP | INJURY C | EJECT 1 | VIN | | | BAC 96 U1 |
| TELEPHONE | DRIVER LICENSE NO. | STATE IL | CLASS D | VEHICLE OWNER (LAST, FIRST, M.I.) PAVONE, ANTONIO | INSURANCE CO. | | 96 U2 |
| TAKEN TO | EMS AGENCY | OWNER ADDRESS (STREET, CITY, STATE, ZIP) | TELEPHONE | POLICY NO. | | NO. OCCS 1 U1 |

### PASSENGERS & WITNESSES ONLY

| (UNIT) | (SEAT) | (DOB) | (SEX) | (SAFT) | (AIR) | (INJ) | (EJCT) | (NAME) / (ADDR) / (TEL) | (HOSP) | (EMS) |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 4 | | | 2 | 3 | C | 1 | PAVONE, KAREN | | |
| 2 | 6 | | | 6 | 3 | C | 1 | P___, M | | |

| | (EVNO) | (MOST) | (EVNT) | (LOC) | DAMAGED PROPERTY OWNER NAME | DAMAGED PROPERTY | CONTRIBUTORY CAUSE(S) | POSTED SPEED LIMIT | Did crash occur in a Work Zone? ☐ Y ☑ N |
|---|---|---|---|---|---|---|---|---|---|
| UNIT 1 | 1 | ☑ | 11 | 1 | PROPERTY OWNER ADDRESS | CITY   STATE   ZIP | PRIMARY 28 | 45 | If YES check one below: ☐ Construction ☐ Maintenance ☐ Utility ☐ Unknown work zone type |
| | 2 | ☐ | | | | | | | |
| | 3 | ☐ | | | ARREST NAME | SECTION 5/11-601A | CITATION NO. | SECONDARY 03 | |
| UNIT 2 | 1 | ☑ | 11 | 1 | ARREST NAME | SECTION | CITATION NO. | DATE POLICE NOTIFIED 1/15/2015 | TIME NOTIFIED 3:52 ☐ AM ☑ PM |
| | 2 | ☐ | | | OFFICER ID. | SIGNATURE | BEAT / DIST. | SUPERVISOR ID. | COURT DATE | COURT TIME ☐ AM ☐ PM | Workers present? ☐ Y ☑ N |
| | 3 | ☐ | | | | | | | | |

**ADVERTISING MATERIAL**

| X000182158 | A **Diagram** and **Narrative** are required on all **Type B** crashes, even if units have been moved prior to the officer's arrival. |
|---|---|

**COMMERCIAL MOTOR VEHICLE (CMV)**

IF MORE THAN ONE CMV IS INVOLVED, USE SR 1050A ADDITIONAL UNITS FORMS.

A CMV is defined as any motor vehicle used to transport passengers or property and:
1. Has a weight rating of more than 10,000 pounds (example: truck or truck/trailer combination); or
2. Is used or designed to transport more than 15 passengers, including the driver (example: shuttle or charter bus); or
3. Is designed to carry 15 or fewer passengers and operated by a contract carrier transporting employees in the course of their employment (example: employee transporter - usually a van-type vehicle or passenger car); or
4. Is used or designed to transport between 9 and 15 passengers, including the driver, for direct compensation (example: large van used for specific purpose); or
5. Is any vehicle used to transport any hazardous material (HAZMAT) that requires placarding (example: placards will be displayed on the vehicle).

[Diagram: Intersection of Golf Rd and National Pkwy, showing Unit #1 and Unit #2. Not to scale. North arrow indicated.]

UNIT ____
CARRIER NAME ____
ADDRESS ____
____
CITY/STATE/ZIP ____

**NARRATIVE** (Refer to vehicle by Unit No.)

Unit #1 and Unit #2 were involved in a rear-end collision on Eastbound Golf Road just past the intersection with National Parkway.

Driver #1 stated that ▇ was Eastbound on Golf Road on the curb lane just past National Parkway directly behind Unit #2. Driver #1 stated that Unit #2 stopped suddenly in front of ▇ at which time the front of ▇ Unit #1 struck the rear of Unit #2.

Driver #2 stated that ▇ was Eastbound on Golf Road on the curb lane just past National Parkway directly in front of Unit #1. Driver #2 stated that an uninvolved unit who was traveling in front of ▇ suddenly slowed to turn into the parking lot on the South side of the roadway. Driver #2 stated that ▇ stopped at which time the front of Unit #1 struck the rear of ▇ Unit #2.

USDOT NO. ____ ILLCC NO. ____
Source of above info. ☐ Side of Truck ☐ Papers ☐ Driver ☐ Log Book
Gross Vehicle Weight Rating (GVWR). ____
Were HAZMAT placards displayed on the vehicle? ☐ Y ☐ N
If yes, name on placard ____
4-Digit UN no. ____ 1-digit Hazard Class no. ____
Did HAZMAT Spill from the vehicle (do not consider fuel from the vehicle's own tank)? ☐ Y ☐ N ☐ UNK
Did HAZMAT Regulations violation contribute to the crash? ☐ Y ☐ N ☐ UNK
Did Motor Carrier Safety Regulations (MCS) violation contribute to the crash? ☐ Y ☐ N ☐ UNK
Was a Driver/Vehicle Examination Report form completed?
HAZMAT ☐ Y ☐ N ☐ UNK Out of Service? ☐ Y ☐ N
MCS ☐ Y ☐ N ☐ UNK Out of Service? ☐ Y ☐ N
Form No. ____
IDOT PERMIT NO. ____ WIDE LOAD? ☐ Y ☐ N
TRAILER WIDTH(S): 0-96" 97-102" >102"
TRAILER 1 ☐ ☐ ☐
TRAILER 2 ☐ ☐ ☐
TRAILER LENGTH(S): 1 ____ ft TRAILER 2 ____ ft
TOTAL VEHICLE LENGTH ____ ft NO. OF AXLES ____
CRASH LOCATION: ☐ CITY OF ____ OR ☐ NEAREST CITY
____ MILES N E S W OR ____
CIRCLE ONE CITY NAME
SELECT CODES FROM BACK COVER OF CRASH BOOKLET:
VEHICLE CONFIGURATION ____
CARGO BODY TYPE ____ LOAD TYPE ____

**LOCAL USE ONLY**

Motorist 1 Report No: ____
Motorist 2 Report No: ____

| U1 Color: **Black** | U2 Color: **Black** | U1 Race: ▇ | U2 Race: ▇ |
|---|---|---|---|
| U1 Towed by / to: | | U2 Towed by / to: | |

**ADVERTISING MATERIAL**

**Narrative**

Damage to both units consistent with driver's accounts. Driver #1 was issued a citation for failure to reduce speed to avoid an accident.

ADVERTISING MATERIAL

# TEN SECRETS

## The Car Insurance Adjuster Won't Share With You



   

**Meyerkord & Meyerkord LLC**
A Legacy of Legal Innovation

**ADVERTISING MATERIAL**
Multi-Language Translation Available

**618-318-8800**

Geoff Meyerkord 1406 Niedringhaus Avenue Granite City IL 62040 (By Appointment Only)

TEN SECRETS - The Car Insurance Adjuster Won't Share

### 1

**How much is my case worth?**
I have suffered injuries requiring medical treatment from this accident. How much extra compensation can I expect for the "pain and suffering" I am going through? Many accident victims don't realize that insurance companies already have money set aside to pay compensation for "pain and suffering" on most cases. This is in addition to payment for medical bills, lost wages, and car repairs. How will you know if what's being offered is fair? The attorneys at Meyerkord & Meyerkord have settled thousands of injury cases. Their guidance can be invaluable in making sure you get the maximum for your pain and suffering. Call today for a free consultation.

### 2

**Can signing the insurance company's information release damage my case?**
I have received medical and property damage releases from the insurance company adjuster or other parties. Should I sign them without a lawyer? **No!** Releases for medical records or property damage should only be signed under limited circumstances. The attorneys at Meyerkord & Meyerkord will evaluate what you have signed, and are being asked to sign, at no charge.

### 3

**Should I use just any attorney for my injury case?**
In the past, I've used a family attorney for wills or real estate transactions. Do I really need to work with an attorney whose practice is focused on accident/injury law? Most people would never consider going to their family doctor if they needed brain surgery. Likewise, when you take on the big insurance company, you require a team of experienced attorneys on your side who have settled thousands of cases like yours. The attorneys at Meyerkord & Meyerkord work daily with numerous insurance companies and keep current with specialized laws, court decisions and regulations affecting accident/injury cases.

### 4

**Can the bill collectors be stopped?**
My medical bills are mounting and my good credit is being jeopardized. What can I do to stop the harassing phone calls and possible lawsuits and judgments? In addition to your attorney, at Meyerkord & Meyerkord, we have a trained injury legal team that consists of experienced medical billing and ex-insurance company employees who know the insurance company's tricks. We can work to stop the harassing bill collector's phone calls. We can also negotiate with creditors and work to set up special arrangements to stop bill collectors and pay your medical bills directly from your settlement.

### 5

**Injured by a relative or friend?**
I was injured in an accident by a relative or friend. Can I still get a settlement without causing the driver financial hardship? **In most cases, yes.** Even if the accident was caused by a friend or family member, in many cases, we can make a claim against their insurance policy only. In that case, your friend or family member will likely pay nothing out of pocket and you can be fully compensated within the policy limits.

### 6

**Injured by an uninsured or underinsured driver?**
I was injured in an accident by an uninsured driver. My policy provides for uninsured and underinsured coverage, but I am confused about what is actually covered. Every insurance policy is different, and missteps without a lawyer can damage your case. Our experienced attorneys will review your policy at no charge! We will work to protect and advise you on what you can claim under your specific policy. *Another secret – your own insurance company wants to pay as little as possible for your "pain and suffering." Our attorneys will fight to get you the money you deserve.*

### 7

**Is the insurance adjuster's offer fair?**
I thought about negotiating my claim on my own. How can I know if the insurance adjuster's offer is fair and reasonable? **You can't.** The fair settlement value of your case may be much different than what the adjuster offers you. Remember, the adjuster works for the insurance company and is paid to negotiate and settle your claim for the lowest amount of money. Based on thousands of successful settlements, our experienced attorneys at Meyerkord & Meyerkord can tell you the realistic value range of your claim.

### 8

**Will my case have to go to trial?**
If I hire an attorney, will my case require a trial? In most cases, no, even though you have the right to a jury trial in civil cases under the 7th amendment of the U.S. Constitution. Because of our experience, we at Meyerkord & Meyerkord are able to settle most of our cases for full value without going to trial. However, if an insurance company refuses to pay what's fair, we will take your case to trial to fight for the compensation you deserve.

**Medical Treatment**
Can the insurance adjuster limit the medical treatment I receive? **No.** The insurance company is obligated to compensate you for reasonable medical treatment, up to the limits of the applicable policy. If needed, we can assist you in finding appropriate medical care. If you have no health insurance, we can work to get medical providers to hold their bill until your case settles.

### 10

**Should I hire an attorney?**
Why does the insurance adjuster say that they can resolve my case without involving an attorney? It's simple: insurance companies have an incentive to pay you as little as possible. A study by the Insurance Research Council showed that, on average, people who hired an attorney received three and a half times as much money as people who didn't hire an attorney.

# INJURED?
## Here are THREE ITEMS YOU MUST DEMAND from your PERSONAL INJURY ATTORNEY

**1.** When bill collectors are harassing you, it makes it even harder to heal. At Meyerkord & Meyerkord we understand that peace of mind is essential to the healing process. Our attorneys will work to stop the harassing creditor calls.

**2.** Your medical bills may be higher than the insurance policy limits. At Meyerkord & Meyerkord you'll still get money in your pocket, regardless of insurance policy limits, or we won't take an attorney fee.

**3.** Trying to settle your auto injury claim may have seemed like a good idea at first, but now it seems like the adjuster just isn't offering enough. If you've already received an offer from the insurance company, our tough, aggressive, experienced attorneys will get you more cash in your pocket, or you'll pay no attorney fee.

### Bonus Tip-For "Do-It-Yourselfers"

Remember, if you've already received an offer from the insurance company, we will get you more cash in your pocket or we won't take a fee.

The Insurance Research Council (IRC), an organization supported by property and casualty insurance companies, performed a study that compared the settlements paid to injured persons who hired lawyers with the settlements received by people who handled cases themselves. The IRC study showed that, on average, people who hired a lawyer received three and a half times more money in settlements than those who didn't hire a lawyer.

Join Our Conversation

    

**Meyerkord & Meyerkord, LLC**
A Legacy of Legal Innovation
www.meyerkordlaw.com
618-318-8800



Scan with your Android or iPhone to learn more about us.

The Supreme Court of Illinois does not recognize certifications of specialties in the practice of law and that the certificate, award or recognition is not a requirement to practice in Illinois. Past results afford no guarantee of future results and every case is different and must be judged on its own merits. The choice of a lawyer is an important decision and should not be based solely upon advertisements. Neither the Supreme Court of Missouri nor The Missouri Bar reviews or approves certifying organizations or specialist designations.

ADVERTISING MATE[RIAL]



**Meyerkord & Meyerkord**
A Legacy of Legal Innovation
1406 Niedringhaus Avenue Granite City IL 62040

     

Antonio Pavone

