# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Antonio Pavone, et al.

                        Plaintiff,

v.

Meyerkord & Meyerkord, LLC

                        Defendant.

Case No.: 1:15−cv−01539
Honorable Amy J. St. Eve

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 4, 2015:

      MINUTE entry before the Honorable Amy J. St. Eve: Defendant's motion to dismiss [14] is granted and the Court dismisses Plaintiffs Amended Complaint without prejudice. The Court grants Plaintiffs leave to file a Second Amended Complaint on or before 8/25/15. [For further details, see separate Memorandum Opinion and Order.] Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.