UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Antonio Pavone, et al.
                                        Plaintiff,
v.                                      Case No.: 1:15−cv−01539
                                        Honorable Amy J. St. Eve
Meyerkord & Meyerkord, LLC
                                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 22, 2015:

      MINUTE entry before the Honorable Amy J. St. Eve: Motion hearing held on 10/22/2015. Plaintiffs' motion for class certification [28] is denied without prejudice as premature. Defendant is on notice that this is a putative class action. Defendant's motion to dismiss [25] is denied for the reasons stated in open court. Defendant shall answer the second amended complaint by 11/13/15. Rule 26(a)(1) disclosures shall be exchanged by and written discovery shall be issued by 11/13/15. Fact discovery shall be completed by 2/5/16. Parties are directed to meet and confer pursuant to Rule 26(f) and exhaust all settlement possibilities prior to the next status hearing. Status hearing remains set for 12/16/15 at 8:30 a.m. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.