UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTONIO PAVONE,<br><br>Plaintiff,<br><br>v.<br><br>MEYERKORD & MEYERKORD, LLC, LEXISNEXIS RISK SOLUTIONS INC., and IYETEK, LLC,<br><br>Defendants. | Case No. 1:15-CV-01539<br><br>Honorable Amy J. St. Eve |

### DEFENDANTS' MOTION TO DISMISS
### PLAINTIFF'S THIRD AMENDED COMPLAINT FOR RELIEF

Defendants LexisNexis Risk Solutions Inc. and iyeTek, LLC (collectively, the "Defendants"), pursuant to Federal Rule of Civil Procedure 12(b)(6), move to dismiss Plaintiff's Third Amended Complaint for Relief. A memorandum in support of Defendants' motion is filed contemporaneously herewith and incorporated herein by reference.

WHEREFORE, Defendants respectfully request that the Court enter an order dismissing this case with prejudice.

Dated: May 2, 2016

Respectfully submitted,

By: /s/ Tyler Mertes
Tyler S. Mertes (No. 6283522)
TROUTMAN SANDERS LLP
55 W. Monroe St., Suite 3000
Chicago, IL 60603
Telephone: (312) 759-5948
Facsimile: (773) 877-3742
Email: tyler.mertes@troutmansanders.com

Ronald Irvin Raether, Jr.
Admitted *Pro Hac Vice*
5 Park Plaza, Suite 1400

Irvine, CA  92614-2545
Telephone: (949) 622-2722
Facsimile: (949) 622-2739
Email: ronald.raether@troutmansanders.com

*Attorneys for Defendant LexisNexis Risk Solutions Inc. and iyeTek, LLC*

Case: 1:15-cv-01539 Document #: 68 Filed: 05/02/16 Page 2 of 4 PageID #:455

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the above and foregoing pleading was served on May 2, 2016 via the Court's CM/ECF system on all attorneys of record:

Roger Zamparo, Jr.
Jordan M. Sartell
Zamparo Law Group, P.C.
2300 Barrington Road, Suite 140
Hoffman Estates, IL 60169
Telephone: (224) 875-3202
Email: roger@zampora.com
Email: jordan@zamparolaw.com

James A. Francis
John Soumilas
Francis & Mailman, P.C.
Land Title Building, 19th Floor
Philadelphia, PA 19110
Telephone: (215) 735-8600
Email: jfrancis@consumerlawfirm.com
Email: jsoumilas@consumerlawfirm.com

*Attorneys for Plaintiff*

Ben Barnow
Erich P. Schork
Jeffrey D. Blake
Barnow and Associates, P.C.
One North LaSalle Street, Suite 4600
Chicago, IL 60602
Telephone: (312) 621-2000
Email: b.barnow@barnowlaw.com
Email: e.schork@barnowlaw.com

*Attorneys for Defendant Meyerkord & Meyerkord, LLC*

By: /s/ Tyler Mertes
Tyler S. Mertes (No. 6283522)
TROUTMAN SANDERS LLP
55 W. Monroe St., Suite 3000
Chicago, IL 60603
Telephone: (312) 759-5948
Facsimile: (773) 877-3742

Email: tyler.mertes@troutmansanders.com

28214402v1

Case: 1:15-cv-01539 Document #: 68 Filed: 05/02/16 Page 4 of 4 PageID #:457