# Exhibit C

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTONIO PAVONE, | |
| Plaintiff, | |
| v. | Case No. 1:15-CV-01539 |
| MEYERKORD & MEYERKORD, LLC, LEXISNEXIS RISK SOLUTIONS INC., and IYETEK, LLC, | Honorable Amy J. St. Eve |
| Defendants. | |

**DEFENDANT IYETEK, LLC'S RESPONSES TO
PLAINTIFF'S FIRST SET OF INTERROGATORIES**

Pursuant to Fed. R. Civ. P. 26 and 33, Defendant iyeTek, LLC ("iyeTek") responds to Plaintiff's First Set of Interrogatories ("Interrogatories") as follows:

**RESPONSES**

28749304v2

**INTERROGATORY 2:** Identify all persons who authorized or approved the sale of [sic] Illinois Traffic Crash Report [sic] to your law firm customers, whether currently employed or not.

**RESPONSE:** IyeTek objects to this Interrogatory to the extent that the terms "authorized or approved" and "law firm customers" are vague and ambiguous. IyeTek objects to this Interrogatory to the extent that it is overbroad, including as to time and scope, unduly burdensome, and seeks information that is neither relevant to the subject matter of this litigation nor reasonably calculated to lead to the discovery of admissible evidence, including because it seeks to identify "all persons who authorized or approved the sale" of any "Illinois Traffic Crash Report," rather than limiting the request to the information on Plaintiff's January 15, 2015 vehicular accident at issue in the TAC. IyeTek further objects to this Interrogatory to the extent it calls for confidential business, financial, commercial or proprietary information. IyeTek objects to this Interrogatory to the extent that it seeks information protected by the attorney-client

2

privilege, the attorney work-product doctrine, or any other applicable privilege. IyeTek further objects to this Interrogatory to the extent it seeks confidential third party information.

Subject to and without waiving the foregoing objections, iyeTek responds as follows: iyeTek assisted law enforcement agencies in providing the public with online access to information on vehicular accidents. Specifically, the Schaumburg PD contracted with iyeTek to make information on vehicular accidents available online at the instruction and direction of the Schaumburg PD. IyeTek is therefore unable to identify specific individuals responsive to this Interrogatory as a Schaumburg PD representative, not an iyeTek employee, would have "authorized or approved" the criteria for the sale of information on vehicular accidents to third parties.

**INTERROGATORY 3:** Identify every third party including your law firm customers to whom you have sold an Illinois Traffic Crash Report regarding the Plaintiff.

**RESPONSE:** IyeTek objects to this Interrogatory to the extent that the term "law firm customers" is vague and ambiguous. IyeTek objects to this Interrogatory to the extent that it is overbroad, including as to time and scope, unduly burdensome, and seeks information that is neither relevant to the subject matter of this litigation nor reasonably calculated to lead to the discovery of admissible evidence, including because it seeks to identify "every third party" who purchased "an Illinois Traffic Crash Report regarding the Plaintiff," rather than limiting the request to the information on Plaintiff's January 15, 2015 vehicular accident at issue in the TAC. IyeTek further objects to this Interrogatory to the extent it calls for confidential business, financial, commercial or proprietary information. IyeTek further objects to this Interrogatory to the extent it seeks confidential third party information.

3

Subject to and without waiving the foregoing objections, iyeTek responds as follows: iyeTek assisted law enforcement agencies in providing the public with online access to information on vehicular accidents. Specifically, the Schaumburg PD contracted with iyeTek to make information on vehicular accidents available online at the instruction and direction of the Schaumburg PD.

In further response, iyeTek identifies the following third parties who purchased information on Plaintiff's January 15, 2015 vehicular accident, as referenced in the TAC, from the Schaumburg PD via iyeTek's eCommerce web portal:

- Meyerkord & Meyerkord, LLC ("Meyerkord"), 1717 Park Ave., St. Louis, Missouri 62103;
- Law Office of Anthony Mancini ("Mancini"), 717 0 West Grand Ave., Suite 1E, Chicago, Illinois 60707.

**INTERROGATORY 5:** State the number of natural persons about whom you sold an Illinois Traffic Crash Report from February 26, 2012 to the present.

**RESPONSE:** iyeTek objects to this Interrogatory to the extent it calls for confidential business, financial, commercial or proprietary information. IyeTek further objects to the extent that the phrase "number of natural persons about whom you sold an Illinois Traffic Crash Report" is vague and ambiguous, including because this phrase does not specify whether Plaintiff seeks to include drivers, passengers and/or witnesses in the answer. IyeTek objects to the extent this Interrogatory seeks to shift the burden of proof to iyeTek on class-related information as Plaintiff has the burden of proof on proving that this action can be maintained as a class action, including the requirements of both numerosity and ascertainability. Indeed, the Interrogatory is improper as the number would include several categories of individuals who could not be a member of any putative class, for example, instances where an individual purchased their own information.

28749304v2

6

Subject to and without waiving the foregoing objections, iyeTek responds as follows: iyeTek assisted law enforcement agencies in providing the public with online access to information on vehicular accidents. Specifically, the Schaumburg PD contracted with iyeTek to make information on vehicular accidents available online at the instruction and direction of the Schaumburg PD.

Dated: July 20, 2016　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: /s/ Ronald I. Raether, Jr.
　　　　　　　　　　　　　　　　　　Ronald Irvin Raether, Jr.
　　　　　　　　　　　　　　　　　　Admitted *Pro Hac Vice*
　　　　　　　　　　　　　　　　　　TROUTMAN SANDERS LLP
　　　　　　　　　　　　　　　　　　5 Park Plaza, Suite 1400
　　　　　　　　　　　　　　　　　　Irvine, CA  92614-2545
　　　　　　　　　　　　　　　　　　Telephone: (949) 622-2722
　　　　　　　　　　　　　　　　　　Facsimile: (949) 622-2739

28749304v2

Email: ronald.raether@troutmansanders.com

Tyler S. Mertes (No. 6283522)
55 W. Monroe St., Suite 3000
Chicago, IL 60603
Telephone: (312) 759-5948
Facsimile: (773) 877-3742
Email: tyler.mertes@troutmansanders.com

Mark C. Mao
Admitted *Pro Hac Vice*
580 California Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-5700
Facsimile: (415) 477-5710
Email: mark.mao@troutmansanders.com

*Attorneys for Defendant LexisNexis Risk Solutions Inc. and iyeTek, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANTONIO PAVONE, | |
| Plaintiff, | |
| v. | Case No. 1:15-CV-01539 |
| MEYERKORD & MEYERKORD, LLC, LEXISNEXIS RISK SOLUTIONS INC., and IYETEK, LLC, | Honorable Amy J. St. Eve |
| Defendants. | |

## **VERIFICATION**

I, Seth Perlmutter, state that I have read iyeTek, LLC's Responses to Plaintiff's First Set of Interrogatories and that the answers contained therein are true and accurate to the best of my knowledge, information and belief.

Executed on July 20, 2016.

                 /s/ Seth Perlmutter_____

28749304v2

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading has been served via electronic mail, upon the following counsel of record, this 20th day of July, 2016:

Roger Zamparo, Jr.
Jordan M. Sartell
Zamparo Law Group, P.C.
2300 Barrington Road, Suite 140
Hoffman Estates, IL 60169
Telephone: (224) 875-3202
Email: roger@zamparo.com
Email: jordan@zamparolaw.com

James A. Francis
John Soumilas
Francis & Mailman, P.C.
Land Title Building, 19th Floor
Philadelphia, PA 19110
Telephone: (215) 735-8600
Email: jfrancis@consumerlawfirm.com
Email: jsoumilas@consumerlawfirm.com

*Attorneys for Plaintiff*

Ben Barnow
Erich P. Schork
Jeffrey D. Blake
Barnow and Associates, P.C.
One North LaSalle Street, Suite 4600
Chicago, IL 60602
Telephone: (312) 621-2000
Email: b.barnow@barnowlaw.com
Email: e.schork@barnowlaw.com
Email: j.blake@barnowlaw.com

*Attorneys for Defendant Meyerkord & Meyerkord, LLC*


By: /s/ Ronald I. Raether, Jr.
Ronald Irvin Raether, Jr.
Admitted *Pro Hac Vice*
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA  92614-2545
Telephone: (949) 622-2722
Facsimile: (949) 622-2739
Email: ronald.raether@troutmansanders.com

12

28749304v2