# Exhibit D

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTONIO PAVONE,<br><br>Plaintiff,<br><br>v.<br><br>MEYERKORD & MEYERKORD, LLC, LEXISNEXIS RISK SOLUTIONS INC., and IYETEK, LLC,<br><br>Defendants. | Case No. 1:15-CV-01539<br><br>Honorable Amy J. St. Eve |

**DEFENDANT IYETEK, LLC'S SUPPLEMENTAL RESPONSES TO
PLAINTIFF'S FIRST SET OF INTERROGATORIES**

Pursuant to Fed. R. Civ. P. 26 and 33, and consistent with the agreement reflected in the Stipulation entered on July 27, 2016 in the above-captioned matter (Dkt. No. 82), Defendant iyeTek, LLC ("iyeTek") submits the following supplemental responses to Plaintiff's First Set of Interrogatories ("Interrogatories") as follows:

**SUPPLEMENTAL RESPONSES**

**INTERROGATORY 4:** Identify every third party including your law firm customers to whom you have provided any warning, notice, or other communication stating that the third party accessed your database of Illinois Traffic Crash Reports for an improper purpose or used your database in an improper way, including but not limited to purposes outside the permissible purposes under the DPPA, from February 6, 2012 to the present.

**SUPPLEMENTAL RESPONSE:** Subject to and without waiving the objections previously asserted, iyeTek responds as follows: iyeTek's records do not indicate what reports were created using the iyeCrash software or created via alternative means, including: manually

by the officer; manually by the driver or other involved party; manually by a third party after the accident scene is cleared; swiping a magnetic strip or barcode; scanning an image of an involved party's driver's license; or some other method to collect the information included on any accident report. In other words, an officer may populate the information on an accident report through a variety of means, and iyeTek has no way of ascertaining what method was used by an officer in creating a particular accident report.

      Modifying the Interrogatory to request any known communications relating to a law firm's access to accident reports via iyeTek's eCommerce web portal, authorizetransaction.com, for an improper purpose, iyeTek states that it deactivated Meyerkord & Meyerkord, LLC's and The Law Offices of Anthony Mancini's commercial access to iyeTek's eCommerce web portal after iyeTek learned that those law firms purchased accident reports for solicitation purposes, which violated iyeTek's terms and conditions.

Dated: September 23, 2016

Respectfully submitted,

By: /s/ Ronald I. Raether, Jr.
Ronald Irvin Raether, Jr.
Admitted *Pro Hac Vice*
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: (949) 622-2722
Facsimile: (949) 622-2739
Email: ronald.raether@troutmansanders.com

Tyler S. Mertes (No. 6283522)
55 W. Monroe St., Suite 3000
Chicago, IL 60603
Telephone: (312) 759-5948
Facsimile: (773) 877-3742
Email: tyler.mertes@troutmansanders.com

Mark C. Mao
Admitted *Pro Hac Vice*
580 California Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-5700

5

Facsimile: (415) 477-5710
Email: mark.mao@troutmansanders.com

*Attorneys for Defendant LexisNexis Risk Solutions Inc. and iyeTek, LLC*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTONIO PAVONE, | |
| Plaintiff, | |
| v. | Case No. 1:15-CV-01539 |
| MEYERKORD & MEYERKORD, LLC, LEXISNEXIS RISK SOLUTIONS INC., and IYETEK, LLC, | Honorable Amy J. St. Eve |
| Defendants. | |

## VERIFICATION

I, Salman Anwar, state that I have read iyeTek, LLC's Supplemental Responses to Plaintiff's First Set of Interrogatories and that the answers contained therein are true and accurate to the best of my knowledge, information and belief.

Executed on September 20, 2016.

_____
Salman

**CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing pleading has been served via electronic mail, upon the following counsel of record, this 23rd day of September, 2016:

| | |
|---|---|
| Roger Zamparo, Jr.<br>Jordan M. Sartell<br>Zamparo Law Group, P.C.<br>2300 Barrington Road, Suite 140<br>Hoffman Estates, IL 60169<br>Telephone: (224) 875-3202<br>Email: roger@zamparo.com<br>Email: jordan@zamparolaw.com<br><br>James A. Francis<br>John Soumilas<br>Francis & Mailman, P.C.<br>Land Title Building, 19th Floor<br>Philadelphia, PA 19110<br>Telephone: (215) 735-8600<br>Email: jfrancis@consumerlawfirm.com<br>Email: jsoumilas@consumerlawfirm.com<br><br>*Attorneys for Plaintiff* | Ben Barnow<br>Erich P. Schork<br>Jeffrey D. Blake<br>Barnow and Associates, P.C.<br>One North LaSalle Street, Suite 4600<br>Chicago, IL 60602<br>Telephone: (312) 621-2000<br>Email: b.barnow@barnowlaw.com<br>Email: e.schork@barnowlaw.com<br>Email: j.blake@barnowlaw.com<br><br>*Attorneys for Defendant Meyerkord & Meyerkord, LLC* |

                                          By: /s/ Ronald I. Raether, Jr.
                                          Ronald Irvin Raether, Jr.
                                            Admitted *Pro Hac Vice*
                                            TROUTMAN SANDERS LLP
                                            5 Park Plaza, Suite 1400
                                            Irvine, CA 92614-2545
                                            Telephone: (949) 622-2722
                                            Facsimile: (949) 622-2739
                                            Email: ronald.raether@troutmansanders.com

29181972v2