# Exhibit G

Proposed to be filed under seal pursuant to Agreed Confidentiality Order
(Dkt. No. 108)