# Exhibit N

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7063836 | IL0162A00 | 1/16/15 1:01 PM | 129867 | 75.132.169.136 | 70846 | FALSE | FALSE | Meyerkord & Meyerkord, LLC | Geoff | NULL | Meyerkordlaw | INSURANCE | gsm@meyerkordlaw.com | NULL |
| 7079398 | IL0162A00 | 1/20/15 9:21 AM | 129867 | 24.148.44.135 | 72107 | FALSE | FALSE | Law Offices of Anthony Mancini | Anthony | NULL | mancinilawoffice | INSURANCE | matt@mancinilaw.com | NULL |

DEF_PAVONE000090