# Exhibit O



**Stephen F. Meyerkord**
**Geoffrey S. Meyerkord**
**Doreen A. Graham**
**Brian D. Kurth**
Licensed in Missouri and Illinois

**Meyerkord & Meyerkord LLC**
A Legacy of Legal Innovation

Attorneys at Law

Joseph D. Klenofsky, Of Counsel
John S. Steward, Of Counsel
Daniel T. Ryan, Of Counsel
Terry V. O'Leary, Of Counsel

In re:   Joint response to Investigation numbers 2014IN03377 and 2014IN03378

Our firm, including attorneys Geoff and Steve Meyerkord received your Investigation numbers 2014IN03377 and 2014IN03378. Meyerkord & Meyerkord, LLC engages in an attorney direct mail marketing campaign in Illinois seeking motor vehicle injury cases. The enclosure contained with your letter (the Illinois Traffic crash report) is only a piece of the entire package we mail to prospective clients. Enclosed is the entire package that we send along with the crash report. These materials contain my name, address, and phone number. We operate attorney direct mail advertising campaigns which produce personal injury new case leads for our firm. We initiated our Illinois state campaign in late March of 2014. Our firm has developed a proprietary method for operating our direct mail system. Our innovations with technology have provided us with a distinct competitive advantage in creating new case opportunities.

Our firm carefully constructed our direct mail program in Illinois to meet Illinois' ethical requirements. We placed our confidence in Professor Leonard Gross (lgross@siue.edu) in late February of 2014. We retained Professor Gross and over a period of weeks Professor Gross studied our then proposed Illinois marketing program. Our expert made several changes to the beta versions of our advertising materials. Our proposed marketing package was reviewed by our expert, modified, re-reviewed, modified, and so on. On March 7 Meyerkord & Meyerkord received a written list of opinions from our expert. On March 14, 2014 Meyerkord & Meyerkord, LLC obtained a written letter of Illinois ethical compliance for our marketing program and at that time we launched in Illinois. The program has been a success.

Based upon our own study and the opinions of Professor Gross, we believe that our attorney direct mail program is legal and ethical in the state of Illinois. We planned carefully in Illinois and made certain we had an independent written opinion available for the ARDC in the event we received a complaint. Should the Administrator deem any of our materials to be not in compliance we will of course make any and all modifications deemed necessary. Meyerkord & Meyerkord, LLC and its lawyers are proud members of the Illinois Bar and pledge to work with the ARDC to achieve compliance.

Thank you,

Geoff Meyerkord

**Missouri:** 1717 Park Avenue ▪ St. Louis MO 63104 ▪ 314.436.9958
1000 Broadway Suite 500 ▪ Kansas City MO 64105 ▪ 800.391.4318
**Illinois:** 1406 Niedringhaus Avenue ▪ Granite City IL 62040 ▪ 618.318.8800

www.meyerkordlaw.com

MK00010